**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                           CASE NO.  3:08mj318

FRED A. HAMILTON

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   November 25, 2008
Type of Motion/Pleading: Motion for Order of Dismissal (of Count One of the Information only)
Filed by: USA                on 11/25/08     Document   12
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        /s/ Joanne Ahr
                                        Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  25TH  day of November, 2008, that:

(a)   The requested relief is GRANTED.
(b)   _____

                                        /s/ Miles Davis
                                        MILES DAVIS
                                        UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 11-25-08       By: /s/
Rules 58 & 79(a) FRCP or 32(d)(1)/55 FRCRP
Copies sent to: Prosser, Lockhart

Document No.