**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

**FRED A. HAMILTON**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj318/MD

**AFPD Randall Lockhart**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) Two and Three of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. 316.1936 and 32 C.F.R. §210 | Open Container | 6/25/08 | Two |
| 18 U.S.C. § 1382 | Unlawfully trespass on military property for purpose prohibited by law or lawful regulation | 6/25/08 | Three |

Count(s) One ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 15.00 | $ 410.00 | $ 0.00 |

Date of Imposition of Sentence - 12/17/08

_/s/ Miles Davis_
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 12-17-2008